# UNITED STATES DISTRICT COURT
Western District of Tennessee

UNITED STATES OF AMERICA

v.

REGINALD MEGEE                                   Case No.  06-mj-249

---

### ORDER RELIEVING FEDERAL DEFENDER
---

      The Federal Defender's Office had previously been appointed to represent the defendant in this matter.  The defendant appeared before the court on this date for a Detention/Probable Cause hearing with private counsel.  As the defendant has retained private counsel to represent him, the Federal Defender's Office is hereby relieved of further representation of this defendant.

      SO ORDERED this the 17th day of May, 2006.


                                            s/ James H. Allen
                                            JAMES H. ALLEN
                                            UNITED STATES MAGISTRATE JUDGE


This document entered on the docket sheet in compliance
with Rule 55 and/or Rule 32(b) FRCrP on _____